# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT KUNHART, | Case No. 3:26-CV-00275-MMD-CLB |
| Plaintiff, | **ORDER TRANSFERRING CASE TO UNOFFICIAL SOUTHERN DIVISION** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Plaintiff Robert Kunhart ("Kunhart") sues the Las Vegas Metropolitan Police Department as well as several Doe defendants. (ECF No. 1-1 at 3-4.) Kunhart's complaint states all of the underlying events occurred in Clark County, NV. (*Id.* at 5-10.) This district has two unofficial divisions: the unofficial southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the unofficial northern division, which presides over cases from the remaining counties. LR IA 1-6. Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." As this action arose in the unofficial southern division's jurisdiction, the Clerk of Court is directed to **TRANSFER** and **REOPEN** this matter as a new action under a new docket number in the unofficial southern division and close this docket number without prejudice to Kunhart regarding any limitation period and filing fee.

**IT IS SO ORDERED**.

**DATED**: April 17, 2026   .

UNITED STATES MAGISTRATE JUDGE